Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EUGENE EVANS, | ) | Case No. 21-cv-01647 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE: JAMES P. KNEPP |
| v. | ) | |
| | ) | |
| NOX US, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that pursuant to Fed. Civ.R. 41(a)(1)(A)(ii), that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 5th day of April, 2022.

/s/ *Daniel S. Dubow*
Daniel S. Dubow, Esq. (0095530)
**Spitz, The Employee's Law Firm**
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
daniel.dubow@spitzlawfirm.com

*Counsel for Plaintiff*

/s/ *Jeffrey B. Keiper*
Jeffrey B. Keiper (0063133)
Park Center Plaza I, Ste. 400
6100 Oak Tree Blvd.
Cleveland, OH 4411
Direct: (216) 750-4315
Main: (216) 750-0404
jeffrey.keiper@jacksonlewis.com

*Counsel for Defendants*